1 | MARC J. FAGEL (Cal. Bar No. 154425)
  | ROBERT TASHJIAN (Cal. Bar No. 191007)
2 |     tashjianr@sec.gov
  | ELENA RO (Cal. Bar No. 197308)
3 |     roe@sec.gov

E-Filed: 3/19/09

4 | Attorneys for Plaintiff
  | SECURITIES AND EXCHANGE
5 | COMMISSION
  | 44 Montgomery Street, Suite 2600
6 | San Francisco, California 94104
  | Telephone: (415) 705-2500
7 | Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 09-cv-01177 RMW |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| ALBERT K. HU, ASENQUA, INC., ASENQUA CAPITAL MANAGEMENT, LLC, AQC ASSET MANAGEMENT, LTD.; and FIRESIDE CAPITAL MANAGEMENT, LTD., | |
| Defendants. | |

1   This matter came before the Court on the *ex parte* application of plaintiff Securities and Exchange Commission ("Commission") for, among other things, an order to show cause why the temporary asset freeze ordered by the Court should not be extended during the pendency of this litigation.  The Court has received and considered the Commission's complaint, application, memorandum of points and authorities and the declarations of Lynne Born, Lucas Chang, Andrea Dulberg, Jay Gould, Robert Kafin, Fuyuan Lin, Jeffrey B. Maletta, Elena Ro, Sundara Sim, Robert L. Tashjian, and Marc Verdiell, and Zhou Ye, and all exhibits attached to those declarations, and all other submissions, written or oral, at or before the hearing.  Good cause appearing therefrom,

   IT IS HEREBY ORDERED that at 9:00 a.m. PDT on March 27, 2009, or as soon thereafter as the parties can be heard, defendants Albert K. Hu, Asenqua, Inc., Asenqua Capital Management, LLC, AQC Asset Management, Ltd., and Fireside Capital Management, Ltd. and each of them, shall appear before the Honorable Ronald M. Whyte, Judge of the United States District Court, to show cause, if there be any, why a preliminary injunction should not be granted extending the temporary restraining order and asset freeze pending the determination of this action.  The Commission shall serve defendants with this order to show cause and the Court's temporary restraining order and asset freeze no later than March 24, 2009, at 5:00 p.m. PDT.  Any declarations, affidavits, points and authorities, or other submissions in support of, or in opposition to, the issuance of a preliminary injunction shall be filed with the Court and delivered to the Commission's counsel and the offices of each of the defendants or their attorneys no later than 12:00 p.m. (noon) PDT on March 26, 2009.

Dated this  19  day of March, 2009          *Ronald M. Whyte*
                                             UNITED STATES DISTRICT JUDGE