```
 1  ALEX C. PARK [SBN: 197781]
    LAW OFFICES OF ALEX C. PARK
 2  4675 Stevens Creek Boulevard, Suite 100
    Santa Clara, CA 95051
 3  Telephone:    (408) 246-1515
    Facsimile:    (408) 246-4105
 4
    GEORGE G. BENETATOS  [SBN: 54986]
 5  LAW OFFICE OF GEORGE G. BENETATOS
    244 California Street, Suite 300
 6  San Francisco, California  94111
    Telephone:    (415) 398-2296
 7  Facsimile:    (415) 398-2290

 8  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>vs.<br><br>ALBERT K. HU, ASENQUA, INC., ASENQUA CAPITAL MANAGEMENT, LLC, AQC ASSET MANAGEMENT, LTD., and FIRESIDE CAPITAL MANAGEMENT, LTD., | No. C09-01177 RMW<br><br>**DEFENDANTS' ANSWER TO SEC COMPLAINT** |

Defendants ALBERT K. HU, ASENQUA, INC., ASENQUA CAPITAL MANAGEMENT, LLC, AQC ASSET MANAGEMENT, LTD., and FIRESIDE CAPITAL MANAGEMENT, LTD. (hereinafter "Defendants"), answer and otherwise respond to Plaintiff Securities and Exchange Commission's Complaint ("Complaint") as follows:

1.  Defendants deny the allegations set forth in paragraph 1 of the Complaint .

2.  Defendants admit that defendant Albert Hu ("Hu") organized the Asenqua defendants and the Asenqua hedge funds. Except as so admitted, Defendants deny the allegations set forth in paragraph 2 of the Complaint.

3.  Defendants deny the allegations set forth in paragraph 3 of the Complaint .

4.  Defendants deny the allegations set forth in paragraph 4 of the Complaint .

5. Defendants deny the allegations set forth in paragraph 5 of the Complaint.

6. Defendants deny the allegations set forth in paragraph 6 of the Complaint.

7. Defendants admit the Commission brought this action pursuant to the referenced Acts. Except as so admitted, Defendants deny they are in violation of any of the Acts.

8. Defendants deny the allegations set forth in paragraph 8 of the Complaint.

9. Defendants deny the allegations set forth in paragraph 9 of the Complaint.

10. Defendants deny the allegations set forth in paragraph 10 of the Complaint.

11. Defendants admit the allegations set forth in paragraph 11 of the Complaint.

12. Defendants admit Defendant Asenqua, Inc., is a Delaware corporation incorporated on April 13, 1999. Except as so admitted, Defendants deny the allegations set forth in paragraph 12 of the Complaint.

13. Defendants admit Defendant Asenqua Capital Management, LLC, is a Delaware limited liability company formed March 31, 2003. Except as so admitted, Defendants deny the allegations set forth in paragraph 13 of the Complaint.

14. Defendants admit Defendant Fireside Capital Management, Ltd., was incorporated in the British Virgin Islands on March 4, 2005. Except as so admitted, Defendants deny the allegations set forth in paragraph 14 of the Complaint.

15. Defendants admit Defendant AQC Asset Management, Ltd., was incorporated in the British Virgin Islands on September 25, 2006. Except as so admitted, Defendants deny the allegations set forth in paragraph 15 of the Complaint.

16. Defendants deny the allegations set forth in paragraph 16 of the Complaint.

17. Defendants deny the allegations set forth in paragraph 17 of the Complaint.

18. Defendants deny the allegations set forth in paragraph 18 of the Complaint.

19. Defendants deny the allegations set forth in paragraph 19 of the Complaint.

20. Defendants deny the allegations set forth in paragraph 20 of the Complaint.

21. Defendants deny the allegations set forth in paragraph 21 of the Complaint.

22. Defendants deny the allegations set forth in paragraph 22 of the Complaint.

23. Defendants deny the allegations set forth in paragraph 23 of the Complaint.

| | | |
|---|---|---|
| 1 | 24. | Defendants deny the allegations set forth in paragraph 24 of the Complaint . |
| 2 | 25. | Defendants deny the allegations set forth in paragraph 25 of the Complaint . |
| 3 | 26. | Defendants deny the allegations set forth in paragraph 26 of the Complaint . |
| 4 | 27. | Defendants deny the allegations set forth in paragraph 27 of the Complaint . |
| 5 | 28. | Defendants deny the allegations set forth in paragraph 28 of the Complaint . |
| 6 | 29. | Defendants deny the allegations set forth in paragraph 29 of the Complaint . |
| 7 | 30. | Defendants deny the allegations set forth in paragraph 30 of the Complaint . |
| 8 | 31. | Defendants deny the allegations set forth in paragraph 31 of the Complaint . |
| 9 | 32. | Defendants deny the allegations set forth in paragraph 32 of the Complaint . |
| 10 | 33. | Defendants deny the allegations set forth in paragraph 33 of the Complaint . |
| 11 | 34. | Defendants deny the allegations set forth in paragraph 34 of the Complaint . |
| 12 | 35. | Defendants deny the allegations set forth in paragraph 35 of the Complaint . |
| 13 | 36. | Defendants deny the allegations set forth in paragraph 36 of the Complaint . |
| 14 | 37. | Defendants deny the allegations set forth in paragraph 37 of the Complaint . |
| 15 | 38. | Defendants deny the allegations set forth in paragraph 38 of the Complaint . |
| 16 | 39. | Defendants deny the allegations set forth in paragraph 39 of the Complaint . |
| 17 | 40. | Defendants deny the allegations set forth in paragraph 40 of the Complaint . |
| 18 | 41. | Defendants deny the allegations set forth in paragraph 41 of the Complaint . |
| 19 | 42. | Defendants deny the allegations set forth in paragraph 42 of the Complaint . |
| 20 | 43. | Defendants deny the allegations set forth in paragraph 43 of the Complaint . |
| 21 | 44. | Defendants deny the allegations set forth in paragraph 44 of the Complaint . |
| 22 | 45. | Defendants deny the allegations set forth in paragraph 45 of the Complaint . |
| 23 | 46. | Defendants deny the allegations set forth in paragraph 46 of the Complaint . |
| 24 | 47. | Defendants deny the allegations set forth in paragraph 47 of the Complaint . |
| 25 | 48. | Defendants deny the allegations set forth in paragraph 48 of the Complaint . |
| 26 | 49. | Defendants deny the allegations set forth in paragraph 49 of the Complaint . |
| 27 | 50. | Defendants deny the allegations set forth in paragraph 50 of the Complaint . |
| 28 | 51. | Defendants deny the allegations set forth in paragraph 51 of the Complaint . |

DEFENDANTS' ANSWER TO SEC COMPLAINT  
Case No. C09-01177 RMW

Hu_Answer_083109.wpd  
Page 3

1   52.   Defendants deny the allegations set forth in paragraph 52 of the Complaint.

2   53.   Defendants deny the allegations set forth in paragraph 53 of the Complaint.

3   54.   Defendants deny the allegations set forth in paragraph 54 of the Complaint.

4   55.   Defendants deny the allegations set forth in paragraph 55 of the Complaint.

5   56.   Defendants deny the allegations set forth in paragraph 56 of the Complaint.

6   57.   Defendants deny the allegations set forth in paragraph 57 of the Complaint.

**AFFIRMATIVE DEFENSES**

58.   As a first affirmative defense, Defendants assert that Plaintiff and the Complaining Witnesses referenced in the Complaint ("Complaining Witnesses") assumed the risk involved in the investments referenced in the Complaint, and that their losses, if any, resulted solely from such risks, and were not the result of any alleged fraudulent or other alleged illegal conduct by any of the Defendants.

59.   As a second affirmative defense, Plaintiff and the Complaining Witnesses are estopped to assert their claims of fraudulent or other illegal conduct by the Defendants.

60.   As a third affirmative defense, Plaintiff and the Complaining Witnesses are barred by laches from proceeding with their respective claims.

61.   As a fourth affirmative defense, Plaintiff and the Complaining Witnesses have waived all of their respective claims against the Defendants.

62.   As a fifth affirmative defense, Plaintiff and the Complaining Witnesses are barred by the applicable statute of limitations from proceeding with their respective claims.

63.   As a sixth affirmative defense, Plaintiff and the Complaining Witnesses are barred by the applicable statute of frauds from proceeding with their respective claims.

64.   As a seventh affirmative defense, Plaintiff and the Complaining Witnesses are barred by unclean hands from proceeding with their respective claims.

65.   As an eighth affirmative defense, Defendants assert that all representations and decisions made by Defendant Albert Hu and any of the other Defendants concerning acquisition, use and investment of any of the funds referenced in the Complaint, were made in the exercise of their best business judgment, and that losses suffered by the Complaining Witnesses, if any,

resulted solely from the Defendants' exercise of their best business judgment; hence Defendants are not liable for such losses, if any.

WHEREFORE, Defendants pray as follows:

1. That Plaintiff and the Complaining Witnesses take nothing by reason of the Plaintiff's Complaint, and that judgment be rendered in favor of Defendants;

2. That Defendants be awarded costs of suit incurred in defense of this action; and

3. For such other relief as the Court deems proper.

                Respectfully submitted,

                LAW OFFICE OF ALEX C. PARK

Dated: August 31, 2009       /S/
_____
ALEX C. PARK
Attorney for Defendants


                LAW OFFICE OF GEORGE G. BENETATOS

Dated: August 31, 2009       /S/
_____
GEORGE G. BENETATOS
Attorney for Defendants