MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
　tashjianr@sec.gov
ELENA RO (Cal. Bar No. 197308)
　roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

***E-FILED- 12/3/09***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERT K. HU, <br> ASENQUA, INC., <br> ASENQUA CAPITAL MANAGEMENT, LLC, <br> AQC ASSET MANAGEMENT, LTD., and <br> FIRESIDE CAPITAL MANAGEMENT, LTD., <br><br> Defendants. | Case No. 09-CV-01177 RMW <br><br> STIPULATION AND [] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE |

1  WHEREAS, the Court scheduled a further Case Management Conference on
2  December 4, 2009;

3  WHEREAS, Robert Tashjian, lead trial counsel for plaintiff Securities and Exchange
4  Commission in this action, became unavailable to attend the Case Management Conference
5  on December 4, 2009, because opposing counsel in a different action had scheduled a
6  conflicting obligation in Los Angeles on the same date;

7  WHEREAS, Alex Park, lead trial counsel for defendants in this action, has an
8  appearance scheduled on December 4, 2009, in a criminal matter in state court;

9  WHEREAS, counsel met and conferred about their conflicting obligations, the Case
10 Management Conference, and the Joint Case Management Statement;

11 WHEREAS, counsel agreed to approach the Court to request rescheduling the Case
12 Management Conference;

13 WHEREAS, counsels' next available date for the Case Management Conference in
14 this action is January 8, 2010; and

15 WHEREAS, the parties intend to file their Joint Case Management Statement by
16 November 27, 2009, and will update it as necessary if the Case Management Conference is
17 rescheduled per the parties' request.

18 //
19 //
20 //

1  THEREFORE, pursuant to Rules 7-12 and 16(e) of the Court's Local Rules, and the Court's Standing Order Regarding Case Management in Civil Cases, the parties agree to request that the Case Management Conference scheduled for December 4, 2009, be taken off-calendar and rescheduled for January 8, 2010, at 10:30 a.m.

IT IS SO STIPULATED.

DATED:  November 25, 2009          /s/ Robert L. Tashjian
                                   ROBERT L. TASHJIAN

                                   Attorney for Plaintiff
                                   SECURITIES AND EXCHANGE
                                   COMMISSION

DATED:  November 25, 2009          /s/ Alex C. Park
                                   ALEX C. PARK
                                   LAW OFFICES OF ALEX C. PARK
                                   4675 Stevens Creek Boulevard, Suite 100
                                   Santa Clara, CA 95051
                                   Telephone:   (408) 246-1515
                                   Facsimile:   (408) 246-4105
                                   E-mail:      alexcpark@yahoo.com

                                   Attorney for Defendants
                                   ALBERT K. HU,
                                   ASENQUA, INC,
                                   ASENQUA CAPITAL MANAGEMENT, LLC,
                                   AQC ASSET MANAGEMENT, LTD., and
                                   FIRESIDE CAPITAL MANAGEMENT, LTD.

                    *     *     *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 3 day of December, 2009.

_Ronald M. Whyte_
UNITED STATES DISTRICT JUDGE