**E-FILED on** ___6/4/10___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C-09-1177 RMW |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| ALBERT K. HU, ASENQUA, INC., ASENQUA CAPITAL MANAGEMENT, LTD., AQC ASSET MANAGEMENT, LTD., and FIRESIDE CAPITAL MANAGEMENT, LTD., | **[Re Docket No. 59]** |
| Defendants. | |

On May 28, 2010, the court heard defendants' counsel's motion to withdraw. No opposition papers were filed. For good cause appearing, the motion is granted and Alex C. Park and George G. Benetatos are relieved as counsel of record for defendants, effective immediately. Mr. Park advised the court that the last known address for defendant Hu is as follows:

> Albert K. Hu
> PFN: DUA040
> 885 North San Pedro Street
> San Jose, CA 95110

Mr. Park was unable to provide the court with contact information for the corporate defendants. Accordingly, defendant Hu is hereby directed to provide addresses and contact information for the corporate defendants Asenqua, Inc., Asenqua Capital Management, Ltd., AQC Asset Management Ltd., and Fireside Capital Management, Ltd. for the purposes of future service in this action.

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-09-1177 RMW
TER

1   Defendants are hereby notified of the following effects this order may have upon parties:

**NOTICE TO DEFENDANTS**

**Your present attorney will no longer be representing you.  You may not in most cases represent yourself if you are one of the parties on the following list:**

- A corporation
- A partnership
- A limited liability company
- An unincorporated association

- A probate fiduciary
- A trustee
- A guardian

- A personal representative
- A guardian ad litem
- A conservator

**If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL ADVICE REGARDING LEGAL REPRESENTATION**.  **Failure to retain an attorney may lead to an order striking the pleadings or to the entry of a default judgment.**

Defendant Hu is notified that if he will be representing himself, he shall be solely responsible for the case.

**NOTICE TO PARTY WHO WILL BE UNREPRESENTED**

**You will not have any attorney representing you. You may wish to seek legal assistance.  If you do not have a new attorney to represent you in this action, and you are legally permitted to do so, you will be representing yourself.  It will be your responsibility to comply with all court rules and applicable laws.  If you fail to do so, or fail to appear at hearings, action may be taken against you.  You may lose your case.**

Each defendant is notified that it is the defendant's duty to keep the court informed at all times of the defendant's current address.

**NOTICE TO PARTY WHO WILL BE UNREPRESENTED**

**The court needs to know how to contact you.  If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interest or result in your losing the case.**

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-09-1177 RMW
TER                                                                  2

All defendants are advised that the trial in this action is not yet set. The next presently scheduled hearing in this action is a Case Management Conference and is set for September 17, 2010 at 10:30 a.m. in Courtroom 6, United States District Court, 280 South First Street, San Jose, CA 95113.

**NOTICE TO DEFENDANTS**
**You or your attorney must prepare for and attend this hearing.**

DATED:   6/4/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**
**Counsel for Plaintiff:**

**Elena Ro**
Email: roe@sec.gov
**Robert Lootfi Tashjian**
Email: tashjianr@sec.gov
**Marc J. Fagel**
Email: fagelm@sec.gov


**Withdrawing Counsel for Defendants:**

**Alex Chinhyung Park**
Email: alexcpark@yahoo.com
**George G. Benetatos**
Email: BenetatosLaw@gmail.com

**A copy of this document has been mailed to:**

Albert K. Hu
PFN:  DUA040
885 North San Pedro Street
San Jose, CA 95110

Asenqua, Inc.
c/o The Company Corporation (Registered Agent)
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Asenqua Capital Management, Ltd.
c/o The Company Corporation (Registered Agent)
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Fireside Capital Management, Ltd.
c/o ATC Trustees (BVI) Limited (Registered Agent)
Abbott Building, 2nd Floor
P.O. Box 933, Road Town
Tortola, British Virgin Islands

AQC Asset Management, Ltd.
c/o ATC Trustees (BVI) Limited (Registered Agent)
Abbott Building, 2nd Floor
P.O. Box 933, Road Town
Tortola, British Virgin Islands

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   6/4/10                           TER
                                              **Chambers of Judge Whyte**