```
MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
    tashjianr@sec.gov
ELENA RO (Cal. Bar No. 197308)
    roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:   (415) 705-2501
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT K. HU,<br>ASENQUA, INC.,<br>ASENQUA CAPITAL MANAGEMENT, LLC,<br>AQC ASSET MANAGEMENT, LTD., and<br>FIRESIDE CAPITAL MANAGEMENT, LTD.,<br><br>Defendants. | Case No.  09-CV-01177 RMW<br><br>STIPULATION AND [] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE<br><br>**The Hon. Ronald M. Whyte**<br>**Case Management Conference**<br>**Date:  October 7, 2011**<br>**Time:  10:30 a.m.**<br>**Courtroom 6** |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN C. BOND<br><br>Defendant. | Case No. 10-CV-01358 RMW |

1  WHEREAS, the Court scheduled a further Case Management Conference on October 7, 2011;

2  WHEREAS, the criminal trial of defendant Albert Hu, Case no. 09-cr-0487 RMW, is scheduled to begin on March 5, 2012;

3  WHEREAS, the parties agreed and the Court concurred at the last Case Management Conference held in this matter that these matters would trail Mr. Hu's criminal trial because the criminal allegations against Mr. Hu are related to the civil claims filed by plaintiff Securities and Exchange Commission ("Commission") in these matters;

4  WHEREAS, Mr. Hu and defendants Asenqua, Inc., Asenqua Capital Management, LLC, AQC Asset Management, Ltd., and Fireside Capital Management, Ltd. are not represented in the Commission's civil action;

5  WHEREAS, pursuant to discussions with the Court, the parties have refrained from taking discovery pending the outcome of the criminal charges against Mr. Hu;

6  WHEREAS, counsel for the Commission and counsel for defendant Stephen C. Bond have met and conferred about the upcoming Case Management Conference and the required Joint Case Management Statement;

7  WHEREAS, counsel agreed to approach the Court to request rescheduling the Case Management Conference for a date following Mr. Hu's criminal trial; and

8  WHEREAS, counsel for the parties recommend that the next date for the Case Management Conference in this action be scheduled for April 13, 2012.

//
//
//

1  THEREFORE, pursuant to Rules 7-12 and 16(e) of the Court's Local Rules, and the
2 Court's Standing Order Regarding Case Management in Civil Cases, the parties agree to
3 request that the Case Management Conference scheduled for October 7, 2011, be taken off-
4 calendar and rescheduled for April 13, 2012, at 10:30 a.m.
5  IT IS SO STIPULATED.

6 DATED:  September 30, 2011            /s/ Robert L. Tashjian
                                        ROBERT L. TASHJIAN
7
                                        Attorney for Plaintiff
8                                       SECURITIES AND EXCHANGE
                                        COMMISSION
9

10 DATED:  September 30, 2011            /s/ Gail Shifman
                                        GAIL SHIFMAN
11                                      LAW OFFICES OF GAIL SHIFMAN
                                        44 Montgomery Street, Suite 3850
12                                      San Francisco, CA 94104
                                        Telephone: (415) 551-1500
13                                      Facsimile: (415) 551-1502
                                        Cal. Bar. No. 147334
14
                                        Attorneys for Defendant
15                                      STEPHEN C. BOND

16

17                          *       *       *

18

19 PURSUANT TO STIPULATION, IT IS SO ORDERED.
20 Dated this 8 day of October, 2011.
21
22                                      /s/ Ronald M. Whyte
23                                      UNITED STATES DISTRICT JUDGE