MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
   tashjianr@sec.gov
ELENA RO (Cal. Bar No. 197308)
   roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALBERT K. HU,<br>ASENQUA, INC.,<br>ASENQUA CAPITAL MANAGEMENT, LLC,<br>AQC ASSET MANAGEMENT, LTD., and<br>FIRESIDE CAPITAL MANAGEMENT, LTD.,<br><br>    Defendants. | Case No. 09-CV-1177 RMW<br><br>**[**~~**PROPOSED**~~**] ORDER SETTING DISCOVERY SCHEDULE, SETTLEMENT CONFERENCE, AND TRIAL**<br><br>**The Hon. Ronald M. Whyte**<br>**Courtroom 6, Fourth Floor** |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEPHEN C. BOND<br><br>    Defendant. | Case No. 10-CV-1358 RMW |

1    This matter came before the Court at the Case Management Conference, held on
2 July 20, 2012. The Court received and considered the Further Case Management Conference
3 Statement filed on July 13, 2012, in both of the above-captioned matters. *See* Dkt. 88 (*SEC v.*
4 *Hu*, Case No. 09-cv-1177 RMW) (the "*Hu* matter"); Dkt. 29 (*SEC v. Bond*, Case No. 10-cv-
5 1358 RMW) (the "*Bond* matter").
6    Pursuant to the Court's direction, plaintiff Securities and Exchange Commission (the
7 "Commission") and defendant Stephen C. Bond submit this Joint Case Management
8 Statement. Defendant Albert Hu and the entity defendants, Asenqua, Inc., Asenqua Capital
9 Management, LLC, AQC Asset Management, Ltd., and Fireside Capital Management, Ltd.
10 are not represented in this action and did not appear at the Case Management Conference on
11 July 20, 2012. The Commission will serve this proposed Order on Hu by mail in custody, as
12 well as provide a copy to counsel who represented him in the related criminal matter
13 captioned *United States v. Albert Ke-Jeng Hu*, Case No. CR-09-00487 RMW (N.D. Cal. filed
14 May 6, 2009).
15    Good cause appearing,
16    IT IS ORDERED THAT:
17    The last day to hear dispositive motions in the *Hu* matter shall be November 30, 2012.
18    The last day to complete discovery shall be February 28, 2013.
19    The last day to hear dispositive motions in the *Bond* matter shall be April 26, 2013.
20    The pre-trial conference shall be held on May 23, 2013.
21    Trial shall commence on June 3, 2013.
22
23
24
25
26
27
28

1     The parties are hereby referred to a settlement conference before Magistrate Judge

2 Beeler or Magistrate Judge Spero to be held in the San Francisco Division on a date to be set

3 in January 2013.

4

5     Dated this": day of Cwi wuv, 2012.

6

7

8                *Ronald M. Whyte*
               _____

9                UNITED STATES DISTRICT JUDGE

10 Approved as to form:

11 */s/ Robert L. Tashjian*

12 ROBERT L. TASHJIAN

13 Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

14

15 */s/ Gail Shifman*

16 GAIL SHIFMAN
LAW OFFICES OF GAIL SHIFMAN

17 44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 551-1500

18 Facsimile: (415) 551-1502
Cal. Bar. No. 147334

19 Attorneys for Defendant
STEPHEN C. BOND

20

21

22

23

24

25

26

27

28