MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
　　tashjianr@sec.gov
ELENA RO (Cal. Bar No. 197308)
　　roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:   (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 09-cv-01177 RMW |
| Plaintiff, | |
| vs. | DECLARATION OF ROBERT L. TASHJIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL JUDGMENT AGAINST ALL DEFENDANTS |
| ALBERT K. HU, ASENQUA, INC., ASENQUA CAPITAL MANAGEMENT, LLC, AQC ASSET MANAGEMENT, LTD., and FIRESIDE CAPITAL MANAGEMENT, LTD., | |
| Defendants. | |

I, Robert L. Tashjian, declare as follows:

1. I am an attorney on the staff of the United States Securities and Exchange Commission (the "Commission"), the plaintiff in the above-captioned matter. Unless otherwise specified, I have personal knowledge of the facts stated herein, and could and would testify competently to them if called to do so.

2. For the convenience of the Court, attached are copies filings in this matter and the related criminal action captioned *United States v. Hu*, No. 09-CR-487 RMW (N.D. Cal.).

3. Attached as Exhibit A is a true and correct copy of the Complaint filed in this matter. *See* Dkt. 1.

4. Attached as Exhibit B is a true and correct copy of the Declaration of Lucas S. Chang filed by the Commission in support of its application of a temporary restraining order and order to show cause. *See* Dkt. 11.

5. Attached as Exhibit C is a true and correct copy of the Declaration of Jay Gould filed by the Commission in support of its application of a temporary restraining order and order to show cause. *See* Dkt. 13.

6. Attached as Exhibit D is a true and correct copy of the Declaration of Zhou Ye and accompanying exhibits filed by the Commission in support of its application of a temporary restraining order and order to show cause. *See* Dkt. 19.

7. Attached as Exhibit E is a true and correct copy of the Temporary Restraining Order entered in this matter. *See* Dkt. 26.

8. Attached as Exhibit F is a true and correct copy of the Preliminary Injunction entered in this matter. *See* Dkt. 33.

9. Attached as Exhibit G is a true and correct copy of the Related Case Order entered in this matter. *See* Dkt. 39.

10. Attached as Exhibit H is a true and correct copy of the Notice of Motion and Motion to Withdraw as Counsel filed in this matter. *See* Dkt. 59.

11. Attached as Exhibit I is a true and correct copy of the Order Granting Motion to Withdraw as Counsel entered in this matter. *See* Dkt. 65.

1  12. Attached as Exhibit J is a true and correct copy of the Indictment filed in the
2  related criminal action captioned *United States v. Hu*, No. 09-CR-487 RMW (N.D. Cal.).  *See*
3  Crim. Dkt. 4.

4  13. Attached as Exhibit K is a true and correct copy of the Docket Entry entered in
5  the related criminal action captioned *United States v. Hu*, No. 09-CR-487 RMW (N.D. Cal.).
6  *See* Crim. Dkt. 82.

7  14. Attached as Exhibit L is a true and correct copy of the Verdict Form returned
8  in the related criminal action captioned *United States v. Hu*, No. 09-CR-487 RMW (N.D.
9  Cal.).  *See* Crim. Dkt. 90.

10  15. Attached as Exhibit M is a true and correct copy of the United States'
11  Sentencing Memorandum filed in the related criminal action captioned *United States v. Hu*,
12  No. 09-CR-487 RMW (N.D. Cal.).  *See* Crim. Dkt. 99.

13  16. Attached as Exhibit N is a true and correct copy of the Criminal Minute Order
14  entered in the related criminal action captioned *United States v. Hu*, No. 09-CR-487 RMW
15  (N.D. Cal.).  *See* Crim. Dkt. 122.

16  17. Attached as Exhibit O is a true and correct copy of the Judgment in a Criminal
17  Case entered in the related criminal action captioned *United States v. Hu*, No. 09-CR-487
18  RMW (N.D. Cal.).  *See* Crim. Dkt. 125.

19  18. Attached as Exhibit P are true and correct copies of excerpts of the Reporter's
20  Transcript of the proceedings in the criminal trial against Mr. Hu.  The proceedings at trial
21  were transcribed daily and are found on the docket in the related criminal action captioned
22  *United States v. Hu*, No. 09-CR-487 RMW (N.D. Cal.) as follows:  Crim. Dkt. 78 (Vol. 2:
23  June 5, 2012); Crim. Dkt. 79 (Vol. 3:  June 6, 2012); Crim. Dkt. 80 (Vol. 4:  June 7, 2012);
24  Crim. Dkt. 93 (Vol. 5:  June 14, 2012); Crim. Dkt. 94 (Vol. 6:  June 18, 2012); Crim. Dkt. 95
25  (Vol. 7:  June 19, 2012); Crim. Dkt. 96 (Vol. 8:  June 20, 2012).  The volumes are
26  sequentially numbered, beginning at page 1 (Vol. 2) and ending at page 1134 (Vol. 8).

27  19. At my request, the United States Attorney's Office for the Northern District of
28  California provided copies of the exhibits admitted in the criminal trial against Mr. Hu.  The

exhibits were transmitted to my offices in PDF files labeled electronically with each exhibit number. The attached printouts of the trial exhibits have been redacted in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

20. Attached as Exhibit Q is a true and correct copy of a printout of the PDF file corresponding to Exhibit no. 1 admitted at the criminal trial of Mr. Hu.

21. Attached as Exhibit R is a true and correct copy of a printout of the PDF file corresponding to Exhibit no. 2 admitted at the criminal trial of Mr. Hu.

22. Attached as Exhibit S is a true and correct copy of a printout of the PDF file corresponding to Exhibit no. 3 admitted at the criminal trial of Mr. Hu.

23. Attached as Exhibit T is a true and correct copy of a printout of the PDF file corresponding to Exhibit no. 4 admitted at the criminal trial of Mr. Hu.

24. Attached as Exhibit U is a true and correct copy of a printout of the PDF file corresponding to Exhibit no. 12 admitted at the criminal trial of Mr. Hu.

25. Attached as Exhibit V is a true and correct copy of a printout of the PDF file corresponding to Exhibit no. 18 admitted at the criminal trial of Mr. Hu.

26. Attached as Exhibit W is a true and correct copy of a printout of the PDF file corresponding to Exhibit no. 63 admitted at the criminal trial of Mr. Hu.

27. I calculated the amount of disgorgement and prejudgment interest based on the evidence admitted at Mr. Hu's criminal trial and the Declaration of Zhou Ye submitted in support of the Commission's application for a temporary restraining order. Attached as Exhibit X is a true and correct copy of a printout of a spreadsheet that I created. The spreadsheet lists each investor along with the date and amount of each transfer of investment funds to Mr. Hu, as well as the evidentiary citation for the date and amount. All citations are to the transcript of the proceedings in the criminal trial and the exhibits admitted during the trial (except for the citation to the Ye Declaration). The interest rate listed in the spreadsheet reflects "the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding" the date of the transfer, in accordance with 28 U.S.C. § 1961(a). The amount of disgorgement totals

$4,980,000, and the amount of prejudgment interest, calculated through March 31, 2013, totals $6,624,238.06. Combined, the amount of disgorgement and prejudgment interest totals $6,624,238.06.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 27, 2013, in San Francisco, California.

*/s/ Robert L. Tashjian*

Robert L. Tashjian